UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:98-CR-283-T-24-EAJ

CHARLES DANA COMBS II
_____/

**O R D E R**

This cause comes before the Court for consideration of three motions filed by Defendant Combs: (1) Emergency Petition for Writ of Habeas Corpus (Doc. No. 105), (2) Request for Emergency Hearing and Injunctive Relief (Doc. No. 106), and (3) Amendment to the Petition for Writ of Habeas Corpus and Request for Hearing (Doc. No. 108). The Government opposes the motions. (Doc. No. 109).

These motions were considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Jenkins has filed her report recommending that the motions be denied. (Doc. No. 110). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 110) is adopted and incorporated by reference in this Order of the Court.

(2) Defendant's Motions for Writ of Habeas Corpus, Injunctive Relief, and Hearing (Doc. No. 105, 106, 108) are **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of September, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record
Defendant